```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 35077
    EARLENE WILLIS
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-6790


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/22/2004 and was confirmed 11/18/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  45.56% from remaining funds.

     The case was paid in full 10/12/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                                  PAID             PAID
--------------------------------------------------------------------------------
AMERICAN EXPRESS TRAVEL    UNSECURED            7980.98            .00           3636.21
AMERICAN GENERAL FINANCE   UNSECURED           NOT FILED           .00              .00
BAKER MILLER MARKOFF & K   NOTICE ONLY         NOT FILED           .00              .00
BANK ONE                   UNSECURED           NOT FILED           .00              .00
CARSON PIRIE SCOTT         UNSECURED           NOT FILED           .00              .00
RESURGENT ACQUISITION LL   UNSECURED            5970.20            .00           2720.08
FINGERHUT CREDIT ADVANTA   UNSECURED            1426.79            .00            650.06
ILLINOIS DEPT PUBLIC AID   UNSECURED            2519.00            .00           1147.68
LAWRENCE ZAGER DDS         UNSECURED           NOT FILED           .00              .00
MBNA                       UNSECURED           NOT FILED           .00              .00
MIDNIGHT VELVET            UNSECURED             787.85            .00            358.95
NCO FINANCIAL SYSTEMS      NOTICE ONLY         NOT FILED           .00              .00
PLAINS COMMERCE BANK CRE   UNSECURED            1368.97            .00            623.72
PLAINS COMMERCE BANK CRE   UNSECURED            1045.26            .00            476.23
NCM TRUST                  UNSECURED            2995.13            .00           1364.61
SEARS ROEBUCK & CO         UNSECURED           NOT FILED           .00              .00
SEVENTH AVENUE             UNSECURED OTH        386.88             .00            176.21
AMERICAN EXPRESS TRAVEL    UNSECURED             902.52            .00            411.20
UNIFUND CCR PARTNERS       UNSECURED            4513.44            .00           2056.37
LEGAL HELPERS PC           DEBTOR ATTY        1,700.00                          1,700.00
TOM VAUGHN                 TRUSTEE                                                878.68
DEBTOR REFUND              REFUND                                                   .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                16,200.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                    13,621.32
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 35077 EARLENE WILLIS

```
ADMINISTRATIVE                                                 1,700.00
TRUSTEE COMPENSATION                                             878.68
DEBTOR REFUND                                                       .00
                                       ---------------    ---------------
TOTALS                                       16,200.00          16,200.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
   Dated: 01/28/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```